No. 262. UNITED STATES *v*. ED MCMAHON, MIDWEST OIL COMPANY, AND SOUTHWEST OIL COMPANY. Certificate from the Circuit Court of Appeals for the Eighth Circuit. March 14, 1927. Certificate dismissed pursuant to stipulation of counsel on motion of *Solicitor General Mitchell* for the United States. *Messrs. Tyson S. Dines, Peter H. Holme,* and *Harold D. Roberts* for respondents.

---

No. 44. CHARLES E. RUTHENBERG *v*. STATE OF MICHIGAN. Error to the Supreme Court of the State of Michigan. March 14, 1927. Death of Charles E. Ruthenberg, plaintiff in error herein, suggested and writ of error dismissed with costs on motion of *Messrs. Isaac E. Ferguson* and *Frank P. Walsh* for plaintiff in error. *Messrs. Andrew B. Dougherty, O. L. Smith, George H. Bookwalter,* and *Max F. Burger* for defendant in error.

---

No. 1038. RAFAEL BARAGANO *v*. PORTO RICO. Error to the Supreme Court of Porto Rico. April 11, 1927. Docketed and dismissed with costs, on motion of *Mr. William C. Rigby* for defendant in error. No appearance for plaintiff in error.

---

No. 277. RED BALL TRANSIT COMPANY *v*. CHARLES C. MARSHALL ET AL., CONSTITUTING THE PUBLIC UTILITIES COMMISSION OF OHIO ET AL. Appeal from the District Court of the United States for the Southern District of Ohio. April 11, 1927. Dismissed with costs on motion of *Messrs. George Hoadly* and *Benton S. Oppenheimer* for appellant. *Messrs. Albert M. Calland, C. C. Crabbe,* and *John W. Bricker* for appellees.